IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLENE M. ALBRIGHT, et al. :
:
v. : 04-CV-0632
:
KELLOGG COMPANY :
:

**NOTICE OF STIPULATED VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to Plaintiffs' dismissal of their Complaint, in its entirety, with prejudice.

Respectfully submitted,

_____
Jason Weinstock, Esquire
For Plaintiffs


_____
Thomas J. Bender, Esquire
For Defendant Kellogg Company


Dated: March 29, 2005

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Stipulated Voluntary Dismissal was caused to be served electronically upon:

>Jason Weinstock, Esquire
>Ira H. Weinstock, P.C.
>800 North Second Street
>Harrisburg, PA  17102

>_____
>Frank J. Conley

Date:   April 4, 2005